

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00136-CV

## IN RE MELISSA BLEVINS

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(d).  The stay of

the trial court proceedings previously granted by this Court is hereby lifted.


TOM GRAY
Chief Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition Denied
Opinion delivered and filed August 2, 2012
[OT06]